

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Donald Robert Haney, Appellant

No. 06-13-00104-CR      v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CR01693). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating. Concurring Opinion by Chief Justice Morriss.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Donald Robert Haney, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk